In the Matter of FIFTH MADISON CORPORATION, Appellant. FREDERICK E. WEINBERG et al., Respondents.

Argued March 2, 1954; decided April 22, 1954.

*Eugene Blanc, Jr.,* for appellant.

*Bernard Buchwald, Maurice B. Blumenthal, Daniel W. Blumenthal* and *Samuel Hoffman,* respondents in person, and for Paul Benton and another, respondents.

951

*Frederick E. Weinberg,* respondent in person.

*Gabriel Kaslow* and *Jacob Goldberg,* respondent in person, and for Weil, Gotshal and Manges, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.